UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ROBERT QUARRY JACKSON-EL,

Petitioner,

Civil No. 00-2613 (JRT/RLE)

v.

**ORDER**

STATE OF MINNESOTA,

Respondent.

---

Robert Quarry Jackson-El, #203189, Minnesota Correctional Facility, 7600 515th Street, Rush City, MN 55069, petitioner *pro se*.

Gayle C. Hendley, Assistant County Attorney, OFFICE OF THE HENNEPIN COUNTY ATTORNEY, C-2000 Government Center, Minneapolis, MN 55487, for respondent.

Petitioner has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. This matter is now before the Court on petitioner's motion to withdraw his Application for a Writ of Habeas Corpus. Because petitioner has failed to exhaust his state law remedies pursuant to 28 U.S.C. § 2254(b)(1)(A), the Court grants petitioner's motion.

Based upon the foregoing, and all of the files, records, and proceedings herein, the Court **GRANTS** petitioner's motion to withdraw his petition for writ of habeas corpus. Accordingly, **IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus [Docket No. 1] is **DISMISSED without prejudice.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 16, 2001
at Minneapolis, Minnesota.

John Tunheim

JOHN R. TUNHEIM
United States District Judge

MAY 17 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 17 2001