# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert Quarry Jackson-El

Plaintiff

v.

State of Minnesota

Defendants

Case No. Civil 00-2613 JRT/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the court grants petitioner's motion to withdraw his petition for writ of habeas corpus. That Petitioner's petition for writ of habeas corpus is dismissed without prejudice.

DATE: May 17, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

16